UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JAN - 4 2007
AT LEXINGTON
LESLIE G. WHITMER
CLERK U S DISTRICT COURT

CRIMINAL NO. 07-5-JMH

UNITED STATES OF AMERICA                                    PLAINTIFF

V.          **MOTION OF UNITED STATES
            FOR ISSUANCE OF SUMMONS**

MICHAEL PRIVETTE                                            DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of summons for the presence of the Defendant, Michael Privette, to answer the felony charges returned by the Grand Jury on January 4, 2007.

Respectfully submitted,

AMUL R. THAPAR
UNITED STATES ATTORNEY

By: _____
Robert M. Duncan, Jr.
Assistant United States Attorney
110 W. Vine Street, Suite 400
Lexington, KY 40507-1671
859-233-2661, ext. 139
FAX: 859-233-2747
Rob.Duncan@usdoj.gov